UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANIEL REYES,

       Plaintiff,

       -against-

CAROLYN COLVIN,
Acting Commissioner of Social Security,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

15-cv-4208

ORDER

WILLIAM H. PAULEY III, District Judge:

       Pro Se plaintiff Daniel Reyes filed this action pursuant to the Social Security Act, 42 U.S.C. § 405(g) and/or 42 U.S.C. § 1383(c)(3), challenging the final decision of the Commissioner of Social Security (the "Commissioner") denying his claim for disability benefits. On November 24, 2015, this Court referred the case to Magistrate Judge Ronald L. Ellis for a Report and Recommendation. On January 11, 2016, the Commissioner moved for a judgment on the pleadings asking the Court to affirm the Commissioner's decision. On September 1, 2016, Magistrate Judge Ellis issued his Report and Recommendation to this Court, recommending denial of the Commissioner's motion and for the case to be remanded to the Commission for further consideration and development of the administrative record.

       The term to file objections or request an extension of time has passed. Neither party submitted an objection or requested additional time.

Accordingly, this Court adopts Magistrate Judge Ellis's thorough and well-reasoned Report and Recommendation in its entirety, denies the Commissioner's motion for judgment on the pleadings, and remands the case to the Commissioner for further consideration and development of the administrative record.

The Clerk of Court is directed to mark this case as closed.

Dated: September 21, 2016
      New York, New York                       SO ORDERED:

                                                  WILLIAM H. PAULEY III
                                                      U.S.D.J.